PER CURIAM.

Cecil Davis appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Davis*, No. CR–94–370 (E.D.Va. filed Jan. 22, 2001; entered Jan. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Nelson Bradley, pro se. William W. Muse, Assistant Attorney General, Richmond, VA, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Nelson Bradley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bradley v. Vargo*, No. CA–99–1230–2 (E.D.Va. Feb. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Nelson BRADLEY, Plaintiff–Appellant,**

v.

**Douglas VARGO; Alphonso Hicks; Marvin Lee; David Garraghty, Defendants–Appellees.**

No. 01–6489.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

**Charles CASON, Petitioner–Appellant,**

v.

**William D. CATOE, Director of South Carolina Department of Corrections; Charles M. Condon, Attorney General, Respondents–Appellees.**

No. 01–6511.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.